```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                          Case No. 17-06813-BKM
Taylor F Cooper                                                 Chapter 7
        Debtor                  CERTIFICATE OF NOTICE

District/off: 0970-2       User: oroscol          Page 1 of 1        Date Rcvd: Jun 29, 2017
                           Form ID: 309A          Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db         +Taylor F Cooper,    2632 E Orange St,    Tempe, AZ 85281-5053
tr          RUSSELL BROWN,    CHAPTER 13 TRUSTEE,    SUITE 800,    3838 NORTH CENTRAL AVENUE,
             PHOENIX, AZ    85012-1965
14577986   +AD ASTRA RECOVERY SERV,    7330 W 33RD ST N STE 118,    WICHITA, KS 67205-9370
14577988   +BRIDGECREST CREDIT/DT,    4020 E INDIAN SCHOOL RD,    PHOENIX, AZ 85018-5220
14577989   +CAINE & WEINER,    PO BOX 5010,    WOODLAND HILLS, CA 91365-5010
14577993   +FED LOAN SERV,    PO BOX 60610,    HARRISBURG, PA 17106-0610
14577994   +GLELSI/NELNET,    PO BOX 7860,    MADISON, WI 53707-7860
14577995   +NAVIENT,    6360 PRESIDENTIAL CT SW,    FORT MYERS, FL 33919-3501
14577996   #+STELLAR RECOVERY INC,    1327 HWY 2 W,   KALISPELL, MT 59901-3413
14593226    UNION BANK AND TRUST AS ELT NELN INC,    CLAIMS FILING UNIT,    PO BOX 8973,
             MADISON WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: nathan@catalyst.lawyer Jun 29 2017 23:33:53     NATHAN A FINCH,
              CATALYST LEGAL GROUP PLLC,    1820 E RAY RD,    CHANDLER, AZ   85225
tr          +EDI: QDABIRDSELL.COM Jun 29 2017 23:19:00     DAVID A. BIRDSELL,    216 N. CENTER,
              MESA, AZ 85201-6629
smg          EDI: AZDEPREV.COM Jun 29 2017 23:18:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
              1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
14577987   +EDI: AFNIRECOVERY.COM Jun 29 2017 23:18:00     AFNI, INC.,   PO BOX 3097,
              BLOOMINGTON, IL 61702-3097
14577991   +EDI: CCS.COM Jun 29 2017 23:18:00     CREDIT CONTROL SERVICE,    725 CANTON ST,
              NORWOOD, MA 02062-2679
14577992   +E-mail/Text: bknotice@erccollections.com Jun 29 2017 23:34:56     ENHANCED RECOVERY CO L,
              8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14577990      CHRIS CADDY,   GETTING
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
             DAVID A. BIRDSELL    ecf@azbktrustee.com, dbirdsell@ecf.epiqsystems.com
             NATHAN A FINCH    on behalf of Debtor Taylor F Cooper nathan@catalyst.lawyer,
              notices@nextchapterbk.com,Monica@catalyst.lawyer,michael@catalyst.lawyer
             RUSSELL BROWN    ecfmailclient@ch13bk.com
             U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                            TOTAL: 4
```

| | | **Information to identify the case:** | | | Social Security number or ITIN | xxx–xx–6926 |
|---|---|---|---|---|---|---|
| Debtor 1 | | **Taylor F Cooper** | | | EIN | _ _–_ _ _ _ _ _ _ |
| | | First Name  Middle Name  Last Name | | | | |
| Debtor 2 (Spouse, if filing) | | First Name  Middle Name  Last Name | | | Social Security number or ITIN | _ _ _ _ |
| | | | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | **District of Arizona** | | | Date case filed in chapter **13** | **6/15/17** |
| Case number: | | **2:17–bk–06813–BKM** | | | Date case converted to chapter **7** | **6/27/17** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Taylor F Cooper | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2632 E Orange St<br>Tempe, AZ 85281 | |
| 4. | **Debtor's attorney**<br>Name and address | NATHAN A FINCH<br>CATALYST LEGAL GROUP PLLC<br>1820 E RAY RD<br>CHANDLER, AZ 85225 | Contact phone 480–633–2444<br>Email: nathan@catalyst.lawyer |
| 5. | **Bankruptcy trustee**<br>Name and address | DAVID A. BIRDSELL<br>216 N. CENTER<br>MESA, AZ 85201 | Contact phone 480–644–1080<br>Email: ecf@azbktrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 | Office Hours: 9:00 am – 4:00 pm<br>Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 6/29/17 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 1, 2017 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/2/17** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Case 2:17-bk-06813-BKM    Doc 20    Filed 06/29/17    Entered 07/01/17 21:59:03    Desc
Imaged Certificate of Notice    Page 3 of 3